# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| LAMONE M. JOHNSON, | ) |  |
|---|---|---|
| Plaintiff, | ) |  |
| v. | ) | Case No. CIV-17-1312-R |
| OFFICER JOHN DOE #1, et al., | ) |  |
| Defendants. | ) |  |

## ORDER

Plaintiff filed this action alleging deprivation of her constitutional rights during her detention in the Oklahoma County Jail. Pursuant to 28 U.S.C. § 636(b)(1)(B) and (C), the matter was referred to United States Magistrate Judge Gary M. Purcell for preliminary review. On April 27, 2018, Judge Purcell issued a Report and Recommendation wherein he recommended that the Motion to Dismiss by Defendant Whetsel be granted with prejudice because the claims against him are barred by the statute of limitations. He further recommended that the remaining Defendants, who have not been served, be dismissed on the same grounds. On May 15, 2018, the Court *sua sponte* granted Plaintiff additional time in which to objection to the Report and Recommendation, noting that Plaintiff had filed a notice of change of address. The Court granted forty-five days from the date of the Order to object, and therefore, Plaintiff's objection was due not later than June 29, 2018. On June 8, 2018, the Court denied Plaintiff's Motion to Appoint Counsel and provided her with copies of documents she alleged she had not received. (Doc. No. 26). The Court did not grant Plaintiff additional time in which to file her objection, nor has she filed any motion

requesting additional time in which to object, nor has Plaintiff filed an objection. In the absence of a timely objection to the Report and Recommendation, there is no basis for setting aside the Report and Recommendation of April 27, 2018, and the Court hereby ADOPTS the same. Defendant Whetsel's Motion to Dismiss (Doc. No. 20) is GRANTED as Plaintiff's claims are barred by the statute of limitations. The same holds true with regard to those Defendants who have not been served, and thus dismissal of the claims against them is appropriate as well.

IT IS SO ORDERED this 10th day of July 2018.

DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE